DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN PICKETT,**
Appellant,

v.

**MICHAEL J. HUMMEL** and **MONIQUE HUMMEL,**
Appellees.

No. 4D17-1116

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502012CA020774XXXXMB.

Alan B. Rose and Gregory S. Weiss of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach and T.N. Murphy, Jr., of Dickenson Murphy Rex and Sloan, Boca Raton, for appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***